**Order entered October 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00780-CV
No. 05-21-00781-CV
No. 05-21-00782-CV
No. 05-21-00783-CV

**IN RE DRALON PATTERSON, Relator**

**Original Proceedings from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F19-25779-QL,
F19-75183-PL, F19-75218-PL & F19-40572-PL**

## ORDER

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DISMISS** these original proceedings for want of jurisdiction.

/s/    ERIN A. NOWELL
        JUSTICE